UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>    Appellant,<br><br>    v.<br><br>JOHN W. RICHARDSON, TRUSTEE,<br><br>    Appellee. | Case No.  5:15-cv-04726-RMW<br>Bk. No. 01-53251<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 3 |

Jacqueline C. Melcher commenced the above appeal by filing a notice of appeal on October 8, 2015. On November 4, 2015, appellee filed a motion to dismiss the appeal as untimely. Dkt. No. 3. Appellant filed no brief in opposition by the due date of November 18, 2015. Appellant has already filed at least twelve appeals to the district court that have been dismissed for failure to prosecute. *See In re Melcher*, No. BAP NC-13-1168, 2014 WL 1410235, at *11 (B.A.P. 9th Cir. Apr. 11, 2014). Appellant is therefore ordered to file a brief within 10 days of the date of this order explaining why this appeal should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

**IT IS SO ORDERED.**

Dated: November 30, 2015

                                                                   *Ronald M. Whyte*
                                                      Ronald M. Whyte
                                                      United States District Judge