UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>    Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, TRUSTEE,<br><br>    Appellee. | Case No. 5:15-cv-04726-RMW<br>Bk. No. 01-53251<br><br>**ORDER CORRECTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 11 |

The Record on Appeal in the above matter was entered in the docket of this Court on December 1, 2015. On December 2, 2015, the clerk of the court mailed a Notice of Briefing to the parties. Dkt. No. 11, 11-1. Due to an administrative error, the clerk's notice incorrectly referred to the above case as "USA v. Richardson" and set a briefing schedule inconsistent with the Bankruptcy Local Rules of the Northern District of California. This order corrects and supersedes Dkt. No. 11.

Pursuant to B.L.R. 8010-1 and Fed. R. Bankr. P. 8018, and unless the assigned District Judge orders otherwise for good cause shown:

The appellant shall serve and file a brief not exceeding 25 pages in length within 28 days after entry of the appeal on the District Court's docket.

The appellee shall serve and file a brief not exceeding 25 pages in length within 21 days

1   after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee shall
2   contain the issues and arguments pertinent to the cross-appeal, denominated as such, and the
3   response to the brief of the appellant.
4    The appellant may serve and file a reply brief not exceeding 15 pages in length within 14
5   days after service of appellee's brief, and if the appellee has filed a cross-appeal, the appellee may
6   file and serve a reply brief not exceeding 15 pages in length to the response of the appellant to the
7   issues presented in the cross-appeal within 14 days after service of the reply brief of the appellant.
8    Pursuant to B.L.R 8012-1, upon completion of the briefing, the assigned District Judge will
9   set a date for oral argument, if needed; otherwise the matter will be deemed submitted for
10  decision.
11  **IT IS SO ORDERED.**
12  Dated: December 15, 2015

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Judge